In the Matter of the Claim of KELLY A. PREYER, Respondent. IRENE S. DISCHE, Appellant; COMMISSIONER OF LABOR, Respondent.

Decided February 12, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judges STEIN and FAHEY taking no part.

▬

WELLS FARGO BANK, N.A., Respondent, v VIOLA HAIZLIP, Appellant, et al., Defendants.

Decided February 12, 2015

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie where the order appealed from does not finally determine the action within the meaning of the Constitution (see NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

Judges STEIN and FAHEY taking no part.